1  **BURSOR & FISHER, P.A.**
   Sarah N. Westcot (State Bar No. 264916)
2  701 Brickell Avenue, Suite 1420
   Miami, FL 33131
3  Telephone: (305) 330-5512
   E-Mail: swestcot@bursor.com
4

5  *Attorney for Plaintiffs*

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10 LIZETH JIMENEZ, AYREANNE              Case No.  2:23-cv-9610
   BORDEAUX, KRYSTINE AQUINO-
11 RORALDO, and REGINA BERRIOS, on
   behalf of themselves and all others   **NOTICE OF VOLUNTARY
12 similarly situated,                    DISMISSAL OF ACTION
                                          WITHOUT PREJUDICE**
13                        Plaintiffs,

14        v.

15 MARS, INC.,

16                        Defendant.

17

18

19

20

21

22

23

24

25

26

27

28
   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
   CASE NO. 2:23-cv-9610

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Lizeth

2     Jimenez, AyreAnne Bordeaux, Krystine Aquino-Roraldo and Regina Berrios

3     ("Plaintiffs") provide Notice of Dismissal of this action without prejudice.  Each

4     party shall bear their own costs and fees.

5

6

7     Dated: November 15, 2023          Respectfully submitted,

8                                       **BURSOR & FISHER, P.A.**

9                                       By:_____*/s/ Sarah N. Westcot*_____
                                                   Sarah N. Westcot

10

11                                      Sarah N. Westcot (State Bar No. 264916)
                                        701 Brickell Avenue, Suite 1420
12                                      Miami, FL 33131
                                        Telephone: (305)-330-5512
13                                      Facsimile: (305) 676-9006
                                        E-Mail: swestcot@bursor.com
14
                                        *Attorney for Plaintiffs*
15

16

17

18

19

20

21

22

23

24

25

26

27

28
      NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE          1
      CASE NO. 2:23-cv-9610